

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2021

No. 04-21-00057-CV

Lyn M. **WOLFF**,
Appellant

v.

Jason W. **WOLFF**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-22278
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

The trial court signed a final judgment on November 6, 2020. A motion for new trial, if any, was due to be filed on or before December 7, 2020. *See* TEX. R. CIV. P. 329b(a). Appellant filed a motion for new trial on December 10, 2020. Because appellant did not file a timely motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due to be filed on December 7, 2020. *See* TEX. R. APP. P. 26.1. A motion for extension of time to file the notice of appeal was due on December 22, 2020, within fifteen days after the deadline. *See* TEX. R. APP. P. 26.3. Appellant did not file her notice of appeal until February 22, 2021. Appellant did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). But "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.*

Because it appears appellant's notice of appeal was filed untimely, we order appellant to show cause in writing ***within fifteen (15) days*** from the date of this order stating why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended pending our determination of whether we have jurisdiction over this appeal.

FILE COPY

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of March, 2021.



MICHAEL A. CRUZ, Clerk of Court